# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2023-0411, <u>State of New Hampshire v. Mauricio D. Guerrero</u>, the court on July 16, 2024, issued the following order:**

The court has reviewed the written arguments and the record submitted on appeal, and has determined to resolve the case by way of this order. <u>See</u> <u>Sup. Ct. R.</u> 20(2). The defendant, Mauricio D. Guerrero, appeals his convictions, following a multi-day jury trial in Superior Court (<u>Howard</u>, J.), on two felony counts of burglary, <u>see</u> RSA 635:1 (2016). The defendant challenges the trial court's decision not to give his requested jury instructions nor to use his requested verdict form. As the appealing party, the defendant has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's decision, the defendant's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the defendant has not demonstrated reversible error and affirm the court's decision. <u>See</u> <u>id</u>.; <u>Sup. Ct. R.</u> 25(8).

<u>Affirmed</u>.

MacDonald, C.J., and Bassett, Donovan, and Countway, JJ., concurred.

**Timothy A. Gudas,
Clerk**